# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03744-CNS

JOSE ANGEL CRUZ VALERA,

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as warden of the Aurora Contract Detention Facility,
ROBERT HAGAN, in his official capacity as Field Office Director, Denver, U.S. Immigration and Customs Enforcement,
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security,
PAMELA BONDI, in her official capacity as Attorney General of the United States,

    Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney entered on December 5, 2025, [ECF No. 9] and February 6, 2026, [ECF No. 11], it is

ORDERED that the Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the plaintiff is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 6th day of February, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/   J. Dynes
           _____
           J. Dynes, Deputy Clerk